■ MYRON C. GELROD, Appellant, v. AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, Respondent.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ GRAND CENTRAL APARTMENTS INC., SECTION 2, Appellant, v. MARVIN J. AUSTIN et al., Respondents.— Judgment unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ DOROTHY A. FINN, Appellant, v. JOHN J. FINN, Respondent.— Judgment of separation unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGO WEINBERG, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of MAYFAIR-YORK CORP., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order entered on November 30, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ DAVID H. ULLMAN, Respondent, v. JACOB WEISS, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs to respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY P. BUCHANAN.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY P. BUCHANAN.— Motion for leave to appeal as a poor person dismissed having become academic by virtue of the decision of this court on Motion 85 of February 6, 1962 decided simultaneously herewith. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH.— Motion for reargument denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ (A) In the Matter of SAM MALOOF v. ROBERT C. WEAVER, as State Rent Administrator. (B) BERTHA T. AINE v. DONALD C. POWER et al. (C) ROBERT V. JAMES v. ALEXANDER HEFFERNAN, Doing Business as HEFFERNAN TRUCKING COMPANY, et al. (D) In the Matter of ROBERT HERMAN, INC., v. ROBERT C. WEAVER, as State Rent Administrator.— [In each action] Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ (A) JAMES J. FLOOD et al. v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York. (B) In the Matter of the Probate of the Will of ARTHUR LACHMAN, Deceased. (C) MORRIS J. SCHIFRIEN et al. v. JOHN GOLDNER.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ SANFORD M. TREAT v. CONTINENTAL VENDING MACHINE CORPORATION.— Motion for leave to dispense with printing denied, with leave however, to renew on papers showing the jurisdiction of this court. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.